

THE ATTORNEY GENERAL
OF TEXAS

AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

April 7, 1953

Dr. Geo. W. Cox, M.D.      Opinion No. S-24
State Health Officer
State Health Department   Re: Applicability of the regis-
Austin, Texas                 tration requirements of the
                              Texas Livestock Remedy Act
                              to manufacturers who sell
Dear Dr. Cox:                 only to veterinarians.

        Your question is substantially as follows:

        Does Section 12 of Article 192-1,
    Vernon's Civil Statutes, exempt from regis-
    tration under the Texas Livestock Remedy
    Act manufacturers of live stock remedies
    who sell only to veterinarians and not for
    resale?

        Section 12 of Article 192-1, Vernon's Civil
Statutes, is as follows:

        "Nothing in this Act shall be con-
    strued as being applicable to or interfering
    with the compounding and dispensing of vet-
    erinarians' prescriptions, nor the dispensing
    of drugs or preparations by registered phar-
    macists compounded at the request of the
    purchaser and not intended for the purpose
    of resale."

        We think that the meaning of the above quoted
Section is clear that manufactured or compounded and
packaged articles of merchandise are not contemplated
or intended to be exempted, but only that veterinarians'
prescriptions and drugs compounded by a registered phar-
macist at the request of the purchaser, not for resale,
are contemplated by the Section quoted.  Therefore, you
are advised that the registration requirements of the
Texas Livestock Remedy Act are applicable to manufacturers
who sell only to veterinarians.

## SUMMARY

The registration requirements of the Texas Livestock Remedy Act are applicable to manufacturers who sell only to veterinarians.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

By B. Duncan Davis

B. Duncan Davis
Assistant

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

BDD:am